## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

IN RE:

|  |  |
|---|---|
| | : Bk. Case No: 21-11528 (BLS) |
| DARLENE WILSON | : |
| JON WILSON | : |
| Debtors. | : Chapter 13 |

## **ORDER**

**AND NOW**, the foregoing Motion having been presented and heard, and good cause appearing therefore,

**IT IS ORDERED THAT:**

1. The Motion is Granted, and absent a timely claim objection by the Debtor(s), the Trustee's proposed distribution is approved.

2. Debtor(s) shall have thirty (30) days from the date of this  Order within which to examine proofs of claim filed in this case, review the Trustee's "Exhibit A", and to file an objection to any claim which may be improper or request the allowance of any additional claim as may be appropriate under 11 U.S.C. Section 501(c) and 502(a).

3. Failure to timely object will be deemed an approval by Debtor(s) of the claims as set forth in "Exhibit A" and the Trustee's intended distribution to creditors in accordance with the Confirmed Plan.

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: March 9th, 2022**
**Wilmington, Delaware**

```
DARLENE WILSON                            CASE NO. 21-11528BLS
JON WILSON
7250 BAYSIDE DR.
DOVER, DE  19901            % PLAN : 0.00
                           PLAN TERM: 60   RECEIPT AMOUNT:    2673.16
                           RECEIPTS PAID IN TO DATE     :     500.00
ATTY: PETER K, SCHAEFFER,JR.,ESQUIRE  DISBURSEMENTS TO DATE    :      30.00
      1073 SOUTH GOVERNORS AVENUE      CURRENT BALANCE          :     470.00
      DOVER, DE 19804
```

|  | | | | ADJUSTED | | |
|---|---|---|---|---|---|---|
| CLAIM | | | SCHEDULED | CLAIM | TOTAL | CURRENTLY |
| NO. | CREDITOR NAME | CLAIM TYPE | DEBT | AMOUNT | PAID | DUE |
| 001 | LVNV FUNDING LLC | UNSECURED | 739.00 | 0.00* | 0.00 | 0.00 |
| 002 | CREDIT ACCEPTANCE CORP. | SECURED VEHICLE | 5960.00 | 6789.39 | 0.00 | 6789.39 |
| 002 | CREDIT ACCEPTANCE CORP. | UNSECURED | 4950.00 | 0.00* | 0.00 | 0.00 |
| 003 | CREDIT ACCEPTANCE CORP. | SECURED VEHICLE | 7230.00 | 8236.12 | 0.00 | 8236.12 |
| 003 | CREDIT ACCEPTANCE CORP. | UNSECURED | 3905.00 | 0.00* | 0.00 | 0.00 |
| 004 | LVNV FUNDING LLC | UNSECURED | 935.00 | 0.00* | 0.00 | 0.00 |
| 005 | DELAWARE DIVISION OF REVENUE | DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECMC | UNSECURED | 0.00 | 0.00* | 0.00 | 0.00 |
| 007 | BUREAUS INVESTMENT GROUP PORTFOLIO | UNSECURED | 332.00 | 0.00* | 0.00 | 0.00 |
| 008 | ASHLEY FUNDING SERVICES LLC | UNSECURED | 182.00 | 0.00* | 0.00 | 0.00 |
| 009 | ASHLEY FUNDING SERVICES LLC | UNSECURED | 0.00 | 0.00* | 0.00 | 0.00 |
| 010 | ASHLEY FUNDING SERVICES LLC | UNSECURED | 0.00 | 0.00* | 0.00 | 0.00 |
| 011 | U.S. BANK TRUST NATIONAL ASSOCIATION | PREPETITION MORTGAGE ARREARS | 0.00 | 111172.33 | 0.00 | 111172.33 |
| 012 | PETER K, SCHAEFFER,JR.,ESQUIRE | ATTORNEY FEES | 2076.00 | 2076.00 | 0.00 | 2076.00 |
| 100 | ALLY FINANCIAL | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 101 | CAPITAL ONE | NOT FILED UNSECURED | 2628.00 | 0.00 | 0.00 | 0.00 |
| 102 | CB | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 103 | CBNA | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 104 | CHEX SYSTEMS | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 105 | COMENITY BANK | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 106 | CREDIT COLLECTON SERV. | NOT FILED UNSECURED | 953.00 | 0.00 | 0.00 | 0.00 |
| 107 | CASH CENTRAL | NOT FILED UNSECURED | 1784.00 | 0.00 | 0.00 | 0.00 |
| 108 | FST COLLECT | NOT FILED UNSECURED | 1065.00 | 0.00 | 0.00 | 0.00 |
| 109 | HFC | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 110 | NATIONAL CREDIT ADJUSTERS, LLC | NOT FILED UNSECURED | 1784.00 | 0.00 | 0.00 | 0.00 |
| 111 | SYNCB | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTALS | | | 34523.00 | 128273.84 | 0.00 | 128273.84 |

* Marked Claims have been adjusted according to payment status or percent plan.