Hearing Date:   October 24, 2022 at 10:00 AM
Objection Date:  October 11, 2022

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:
DARLENE & JON WILSON                                  : Bk. Case No: 21-11528BLS

　　Debtor (s).                                                          : Chapter 13

## NOTICE OF HEARING

**NOTICE IS GIVEN** that a hearing on the Chapter 13 Trustee's Motion to Dismiss the within Debtor(s) case is scheduled for **Monday, October 24, 2022** at **10:00 AM** in the United States Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Room 309, Wilmington, Delaware.

**RESPONSES**, if any, must be in writing and filed in the Clerk's Office, United States Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the Chapter 13 Trustee, 824 Market Street, Suite 1002, P.O. Box 1350, Wilmington Delaware 19899-1350, on or before <u>October 11, 2022</u>.

**IF A RESPONSE IS NOT TIMELY FILED AND SERVED, THE CASE WILL BE DISMISSED WITHOUT FURTHER HEARING.**

\S\ William F. Jaworski, Jr.
_____
William F. Jaworski, Jr.
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
(302) 656-0123
Chapter 13 Trustee

Dated: September 21, 2022

Hearing Date:  October 24, 2022 at 10:00 AM

Objection Date: October 11, 2022

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:  
DARLENE & JON WILSON                                    : Bk. Case No: 21-11528BLS

Debtor (s).                                                              : Chapter 13

## MOTION TO DISMISS CHAPTER 13 BANKRUPTCY

The Motion of William F. Jaworski, Jr., Chapter 13 Trustee, respectfully represents as follows:

1.  The Debtor commenced this case under Chapter 13 of the Bankruptcy Code on November 30, 2021.

2.  The Debtor has failed to submit funds in accordance with the Confirmed Plan.  Attached as an Exhibit is a payment history setting forth the overdue amount.

3.  The failure to make timely payments constitutes a material default of the Plan.

**WHEREFORE**, Movant prays that the case be dismissed pursuant to 11 U.S.C. Section 1307(c)(6).

\S\ William F. Jaworski, Jr.

_____

William F. Jaworski, Jr.  
824 Market Street, Suite 1002  
P.O. Box 1350  
Wilmington, Delaware 19899-1350  
(302) 656-0123  
Chapter 13 Trustee

Dated: September 21, 2022

**Hearing Date:   October 24, 2022 at 10:00 AM**

**Objection Date:  October 11, 2022**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:
DARLENE & JON WILSON                                          : Bk. Case No: 21-11528BLS

    Debtor (s).                                                                       : Chapter 13

## **ORDER**

    **AND NOW, TO-WIT,** this _____ day of _____, 202___, upon Notice and Hearing of Trustee's Motion to Dismiss,

    **IT IS ORDERED,** that the Debtor(s) petition is hereby dismissed.

                                                                                                           _____
                                                                                                    United States Bankruptcy Judge

TRUSTEE'S CERTIFICATE OF SERVICE

I, William F. Jaworski, Jr., Chapter 13 Trustee of the within estate, do hereby certify that on this 21st day of September, 2022, I caused one copy of the within Notice of Hearing and Motion to Dismiss Chapter 13 Bankruptcy to be served by United States Mail, Postage Prepaid, to the following:

DARLENE & JON WILSON
7250 BAYSIDE DR.
DOVER, DE  19901
Debtor(s)

PETER K, SCHAEFFER,JR.,ESQUIRE
1073 SOUTH GOVERNORS AVENUE
DOVER, DE 19804
Attorney for Debtor(s)

/s/ William F. Jaworski, Jr.
William F. Jaworski, Jr.
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Chapter 13 Trustee

```
------------------------------------------------------------------------------
                              RECEIPT DATA
------------------------------------------------------------------------------
TOTAL RCPTS: $2500        # MO. SINCE CON  : 6      NON-COMMISSION: $0
LAST RCPT  : 07-08-22     # MO. REMAINING  : 54
RCPTS DUE  : $3500        TOTAL PLAN LENGTH: 60     RCPTS OVERDUE : $1000.00
------------------------------------------------------------------------------
                            RECEIPT SCHEDULE
## PER     AMOUNT PERIODS  ## PER     AMOUNT PERIODS  ## PER     AMOUNT PERIODS
01 MO      500.00    12    02 MO     2673.16    48
------------------------------------------------------------------------------
                     RECEIPTS FOR THE LAST SIX MONTHS:
   DATE    TP DUE DATE REF NO.     AMOUNT COMMENTS
------------------------------------------------------------------------------
04-06-22  ET 04-15-22 38          1500.00
07-08-22  ET 07-15-22 66           500.00
------------------------------------------------------------------------------
```