IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

DARLENE L. WILSON and : Bk. Case No: 21-11528(BLS)
JON B. WILSON,

   Debtors : Chapter 13

### NOTICE OF WITHDRAWAL OF DOCUMENT  (Dk. 64)

I, William F. Jaworski, Jr., Esquire, Chapter 13 Trustee of the within estate ("Chapter 13 Trustee"), hereby withdraws the CNO filed on October 13, 2022 in Docket #64.

   /s/ William F. Jaworski, Jr.
William F. Jaworski, Jr., Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
(302) 656-0123
Chapter 13 Trustee

Dated: October 17, 2022

# TRUSTEE'S CERTIFICATE OF SERVICE

I, William F. Jaworski, Jr., Esquire, Chapter 13 Trustee of the within case, do hereby certify that on this 17th day of October, 2022, I caused one copy of the within Withdrawal of Document in Docket #64 to be served on the following by United States Mail, Postage Prepaid:

Darlene L. Wilson
Jon B. Wilson
7250 Bayside Drive
Dover, DE 19901
Debtors

Peter K. Schaeffer, Jr., Esquire
Avenue Law
1073 South Governors Avenue
Dover, DE 19904
Attorney for Debtors

        /s/ William F. Jaworski, Jr.
William F. Jaworski, Jr., Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
(302) 656-0123
Chapter 13 Trustee